Emmett D. Queener, Columbia, MO, for appellant.

Daniel McPherson, Jefferson City, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN., J., and PHILIP M. HESS, J.

## ORDER

Andrew E. Zleit, Assistant Public Defender, Saint Louis, MO, for Appellant.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Antonio Blanchard appeals the judgment denying his Rule 24.035 [1] motion for post-conviction relief without an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

**Antonio BLANCHARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100614.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 19, 2014.

---

1. All references to Rules are to Missouri Supreme Court Rules (2014).